IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAKER & TAYLOR, INC.                                                          PLAINTIFF

v.                                    No. 4:15-mc-6-DPM

DAVID GRIFFIN; CHARLES JONES; and
COLLEGE BOOK RENTAL COMPANY, LLC                              DEFENDANTS

ORDER

1. The Court construes № 95 as a motion to intervene by Roxie Griffin, the Griffin Irrevocable Trust One, and Tyler Mathis Griffin Trust. This motion is granted for good cause. FED. R. CIV. P. 24(a)(2).

2. Baker & Taylor should respond to Griffin's objections, and the Intervenors', about the Southern Bancorp bank accounts by 29 May 2015. Please clarify which accounts are in dispute. The Court will decide after the briefing is done whether a hearing is needed.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

19 May 2015