IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAKER & TAYLOR, INC.                                              PLAINTIFF

v.                              No. 4:15-mc-6-DPM

DAVID GRIFFIN; CHARLES JONES; and
COLLEGE BOOK RENTAL COMPANY, LLC                  DEFENDANTS

ORDER

The Court notes Baker & Taylor's motion, № 89, and requests a supplement. Please give the Court more information about David McCreery's qualifications. While not binding, of course, Administrative Order No. 20(b) of the Arkansas Supreme Court is a good outline for the minimum qualifications of private process servers. Some information about McCreery's experience would also be helpful.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 May 2015