# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **BAKER & TAYLOR, INC.** | **PLAINTIFF** |
| v.  No. 4:15-mc-6-DPM | |
| **DAVID GRIFFIN; CHARLES JONES; and COLLEGE BOOK RENTAL COMPANY, LLC** | **DEFENDANTS** |
| and | |
| **TYLER MATHIS GRIFFIN TRUST; ROXIE GRIFFIN; and GRIFFIN IRREVOCABLE TRUST ONE** | **INTERVENORS** |

## ORDER

The garnishment lien on five of the six Southern Bancorp Bank accounts involving David Griffin is released. It is released by agreement on account nos. XXX5227, XXX6991, and XXX4950. It is released on account nos. XXX7551 and XXX5009 because it's undisputed that Griffin is only a signatory on those accounts and has no ownership interest in them. *Bolding v. Norsworthy*, 101 Ark. App. 88, 92, 270 S.W.3d 394, 396–97. The Court authorizes Baker & Taylor, at its choice, to take a two-hour deposition of Roxie Griffin, at a mutually convenient date, time, and place. The deposition is limited solely to the one remaining Southern Bancorp account, where ownership is disputed. The parties shall, based on all the discovery, file briefs

and list witnesses and exhibits on 30 July 2015. The Court will hold a hearing on 12 August 2014 at 9:00 a.m., if need be. Tyler Mathis Griffin Trust and Griffin Irrevocable Trust One, whose interests in this matter have now been resolved, are dismissed as parties.

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 June 2015