IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **BAKER & TAYLOR, INC.** | **PLAINTIFF** |
| v. | No. 4:15-mc-6-DPM |
| **DAVID B. GRIFFIN; CHARLES JONES; and COLLEGE BOOK RENTAL COMPANY, LLC** | **DEFENDANTS** |
| **ROXIE GRIFFIN and METROPOLITAN LIFE INSURANCE COMPANY** | **INTERVENORS** |

ORDER

1. Metropolitan's unopposed motion to intervene, № 182, is granted. The motion is timely; Metropolitan has adequately pleaded an interest; and intervention is necessary to protect its interest. FED. R. CIV. P. 24(a). While no pleading accompanies the motion, FED. R. CIV. P. 24(c), Metropolitan has provided sufficient notice of its position in the related case, No. 2:15-cv-93-DPM.

2. Metropolitan's unopposed motion to file documents under seal, № 184, is granted. Please send a courtesy paper copy to chambers.

3. Baker & Taylor's motion to file an unredacted motion for attachment and charging order under seal, № 191, is granted. Please also send a courtesy paper copy to chambers of this filing too.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 September 2015