IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAKER & TAYLOR, INC.                                                    PLAINTIFF

v.                              No. 4:15-mc-6-DPM

DAVID B. GRIFFIN; CHARLES JONES; and
COLLEGE BOOK RENTAL COMPANY, LLC                         DEFENDANTS

ROXIE GRIFFIN; and METROPOLITAN LIFE
INSURANCE COMPANY                                                 INTERVENORS

ORDER

For the reasons stated at the end of the 21 October 2015 hearing, the Court overrules David and Roxie Griffin's objections, № 93 & 95. Southern Bancorp Bank must pay the balance of checking account XXX9496 to Baker & Taylor forthwith.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

21 October 2015