IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BAKER & TAYLOR, INC.                                    PLAINTIFF

v.                          No. 4:15-mc-6-DPM

DAVID GRIFFIN; CHARLES JONES; and
COLLEGE BOOK RENTAL COMPANY, LLC          DEFENDANTS

ORDER

Motions, № 189, 192 & 197, denied without prejudice based on the Baker & Taylor/Griffin settlement. See Order № 42 in the related case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 December 2015